Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA  90036
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TAIMAN WONG | ) Case No.: |
| | ) |
| Plaintiff, | ) **VERIFIED COMPLAINT AND DEMAND** |
| | ) **FOR JURY TRIAL** |
| vs. | ) |
| | ) **(Unlawful Debt Collection Practices)** |
| NCO FINANCIAL SYSTEMS, INC | ) |
| | ) |
| Defendant. | ) |
| | ) |

**COMPLAINT**

COMES NOW the Plaintiff, TAIMAN WONG ("Plaintiff"), by and through his

attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, NCO

FINANCIAL SYSTEMS INC, alleges and affirmatively states as follows:

**INTRODUCTION**

1.    The United States Congress has found abundant evidence of the use of abusive,

deceptive, and unfair debt collection practices by many debt collectors, and has determined that

abusive debt collection practices contribute to the number of personal bankruptcies, to marital

instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the Fair

Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate

abusive debt collection practices by debt collectors, to insure that those debt collectors who

refrain from using abusive debt collection practices are not competitively disadvantaged, and to

- 1 -

promote consistent State action to protect consumers against debt collection abuses.  (15 U.S.C. 1692(a) – (e)).

2.      The California legislature has determined that the banking and credit system and grantors of credit to consumers are dependent upon the collection of just and owing debts and that unfair or deceptive collection practices undermine the public confidence that is essential to the continued functioning of the banking and credit system and sound extensions of credit to consumers. The Legislature has further determined that there is a need to ensure that debt collectors exercise this responsibility with fairness, honesty and due regard for the debtor's rights and that debt collectors must be prohibited from engaging in unfair or deceptive acts or practices. (Cal. Civ. Code §1788.1(a) – (b)).

3.      Plaintiff, through Plaintiff's attorneys, brings this action to challenge the actions of NCO FINANCIAL SYSTEMS, INC (hereinafter "Defendant") with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

4.      For the purposes of this Petition, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this caption.

## JURISDICTION AND VENUE

5.      Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy" and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

6.      Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

VERIFIED COMPLAINT

7.      Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

8.      Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

9.      Plaintiff is a natural person who resides in the City of San Diego, County of San Diego, State of California and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

10.     Plaintiff is a natural person from whom a debt collector sought to collect a consumer debt which was due and owing or alleged to be due and owing from Plaintiff and is a "debtor" as that term is defined by California Civil Code § 1788.2(h).

11.     Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in the City of Rancho Cordova, County of Sacramento, State of California.

12.     Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

13.     Plaintiff is informed and believes, and thereon alleges, that Defendant is not a firm of attorneys or counselors at law and is a company who, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection as that term is defined by California Civil Code § 1788.2(b), and is a "debt collector" as that term is defined by California Civil Code 1788.2(c).

///

///

///

- 3 -

## **FACTUAL ALLEGATIONS**

14.   Defendant has been placing constant and continuous collection calls to Plaintiff in an attempt to collect upon an alleged debt.

15.   Defendant continuously placed multiple collection calls a day to Plaintiff nearly every day.

16.   Plaintiff has received collection calls from Defendat at times before 8 o'clock a.m.  (See Exhibit A).

17.   Defendant failed to provide Plaintiff with written notice of his rights to seek validation of and/or dispute the alleged debt.

18.   As of yet, Plaintiff has never received anything in writing from Defendant.

## **COUNT I**

## **DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.**

19   Plaintiff repeats, reallages and incorporates by reference all of the foregoing paragraphs.

20   Defendant **violated the FDCPA**.  Defendant's violations include, but are not limited to the following:

a).   Defendant violated the FDCPA § 1692c(a)(1) when Defendant, through its agents and employees placed collection calls to Plaintiff at times before 8 o'clock antemeridian.

b).   Defendant violated the FDCPA § 1692d(5) when Defendant, through its agents and employees, continuously placed collection calls to Plaintiff and caused his telephone to ring constantly and continuously.

c).   Defendant violated the FDCPA § 1692g(a) when Defendant, through its agents and employees, failed to provide Plaintiff with a written notice of his rights to seek validation of or dispute the alleged debt.

VERIFIED COMPLAINT

21      As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety, humiliation, anger and fear. (<u>See Exhibit B</u>).

<u>**COUNT II**</u>

<u>**DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA), Cal. Civ. Code § 1788 et seq.**</u>

22      Plaintiff repeats, realleges and incorporates by reference all of the foregoing paragraphs.

23      Defendant **violated the RFDCPA**.  Defendant's violations include, but are not limited to the following:

a).     Defendant violated the RFDCPA § 1788.11(d) when Defendant, through its agents and employees, placed calls and caused Plaintiff's phone to ring continuously and repeatedly so as to annoy and harass Plaintiff.

b).     Defendant violated the RFDCPA § 1788.17 when Defendant, through its agents and employees, continuously failed to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692 *et seq.*

24      As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety, humiliation, anger and fear. (<u>See Exhibit B</u>).


**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

25 Declaratory judgment that the Defendant's conduct violated the State Act, RFDCPA, and Federal Act, FDCPA.

26. Actual damages.

27. Statutory damages pursuant to the State Act, Cal. Civ. Code § 1788.30(b).

28. Statutory damages pursuant to the Federal Act, 15 U.S.C. 1692k.

VERIFIED COMPLAINT

29. Costs and reasonable attorney's fees pursuant to the State Act, Cal. Civ Code § 1788.30(c) and the Federal Act, 15 U.S.C. 1692k.

30. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

DATED:  August 13, 2008                        KROHN & MOSS, LTD.

By: _____

Nicholas J. Bontrager
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, TAIMAN WONG, hereby demands trial by jury in this action.

- 6 -

VERIFIED COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA)

    Plaintiff, TAIMAN WONG, says as follows:

1.    I am the Plaintiff in this civil proceeding
2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.    I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.    I have filed this Complaint in good faith and solely for the purposes set forth in it
6.    Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.    Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.


    Pursuant to 28 U.S.C. § 1746(2), I, TAIMAN WONG, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATED: 08-25-2008

TAIMAN WONG, PLAINTIFF

- 7 -

VERIFIED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT A

VERIFIED COMPLAINT



**EXHIBIT B**

VERIFIED COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1.  Sleeplessness — (YES) NO
2.  Fear of answering the telephone — (YES) NO
3.  Nervousness — (YES) NO
4.  Fear of answering the door — YES (NO)
5.  Embarrassment when speaking with family or friends — (YES) NO
6.  Depressions (sad, anxious, or "empty" moods) — YES (NO)
7.  Chest pains — YES (NO)
8.  Feelings of hopelessness, pessimism — (YES) NO
9.  Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — YES (NO)
11. Thoughts of death, suicide or suicide attempts — YES (NO)
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — (YES) NO
14. Negative impact on my job — (YES) NO
15. Negative impact on my relationships — YES (NO)

Other physical or emotional symptoms you believe are associated with abusive debt collection activities:_____

_____

_____

_____

_____

_____

        Pursuant to 28 U.S.C § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct

Dated: 08-25-2008

_____
Signed Name

TAIMAN WONG
Printed Name