UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 8, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

Taiman Wong

                v.            CASE NUMBER: CIV S-08-2065 MCE EFB

NCO Financial Systems, Inc.

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN THE AMOUNT OF $2,250 FOR PLAINTIFF TAIMAN WONG IN ACCORDANCE WITH THE OFFER OF JUDGMENT DATED 9/24/08.**

                                                      Victoria C. Minor,
                                                      Clerk of the Court

ENTERED:   October 8, 2008

                                                      by:_/s/NDDuong_____
                                                      NDDuong, Deputy Clerk