Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, California 92106
Telephone: (619) 758-1891
Facsimile: (619) 222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIMAN WONG,<br><br>Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>Defendant. | Case No. 08-02065-MCE-EFB<br><br>STIPULATION AND ORDER |

Plaintiff, TAIMAN WONG, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about September 3, 2008. TAIMAN WONG accepted NCO's Offer of Judgment on September 24, 2008. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to vacate the judgment entered by this Court and to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned



PDF created with pdfFactory trial version www.pdffactory.com

action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 11/05/08

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 11/05/08

KROHN & MOSS, LTD.

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager
Attorney for Plaintiff,
Taiman Wong

IT IS SO ORDERED.

DATED: November 6, 2008

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE



PDF created with pdfFactory trial version www.pdffactory.com